IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tracy Todd, | : |
|     Plaintiff | : Civil Action 2:05-cv-1076 |
| v. | : Judge Frost |
| Zanesville Police Department, *et al.*, | : Magistrate Judge Abel |
|     Defendants | |
| | : |

**ORDER**

    Plaintiff Tracy Todd, a State prisoner, brings this action under 28 U.S.C. §1983 alleging that on November 23, 2003 the defendant Zanesville Police Officers used excessive force to arrest him. This matter is before the Court on Magistrate Judge Abel's March 30, 2006 Report and Recommendation that plaintiff Todd's March 29, 2006 motion for a temporary restraining order or protection order (doc. 16) be denied.

    No objections have been filed.  Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DENIES** plaintiff's March 29, 2006 motion for a temporary restraining order or protection order (doc. 16).

    As found by the Magistrate Judge, the motion for a temporary restraining order or protection order alleges that employees of the Noble Correctional Institution are interfering with plaintiff Todd's right of access to the courts, but no employees of the Ohio Department of Rehabilitation and Correction are parties to this lawsuit.

                                                             /s/   Gregory L. Frost
                                                              Gregory L. Frost
                                                              United States District Judge